

# UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (Non-Prisoner)

### I. The Parties to This Complaint

#### A. The Plaintiff(s)
Name: Samantha Chandler

Address: 110 Lafollette Circle, Helenwood, TN 37755

County: Scott

Telephone Number: 423.539.7371

E-Mail Address: chandler.samantha777@gmail.com

#### B. The Defendant(s)
Defendant No. 1: Fast Pace Health
Individual and Official Capacity

Defendant No. 2: John P. Martin, MD
Individual and Official Capacity

Defendant No. 3: Catherine S. Martin, DO
Individual and Official Capacity

Defendant No. 4: Big South Fork Medical Center
Individual and Official Capacity

Defendant No. 5: Department of Children's Services (DCS)
Individual and Official Capacity

Defendant No. 6: Oneida Police Department
Individual and Official Capacity

Defendant No. 7: Scott County Justice Center & Sheriff's Department
Individual and Official Capacity

Defendant No. 8: LaFollette Medical Center - Emergency Room
Individual and Official Capacity

Defendant No. 9: Walgreens
Individual and Official Capacity

Defendant No. 10: BlueCare
Individual and Official Capacity

## II. Basis for Jurisdiction
☐ Federal officials (a Bivens claim)
☒ State or local officials (a § 1983 claim)

The following federal rights were violated: Fourth Amendment (false arrest), Fourteenth Amendment (due process and parental rights), Americans with Disabilities Act (disability discrimination), Section 504 of the Rehabilitation Act, and HIPAA.

## III. Statement of Claim
A. Where did the events occur?
Scott County and Oneida, Tennessee

B. When did the events occur?
August 2021-April 2022; January 2025-March 2025

C. Facts:
Samantha Chandler sought medical help for allergic reactions caused by Duloxetine. She was denied care, misdiagnosed, arrested without cause, and involuntarily committed. Her children were taken without due process. Medical records were erased by BlueCare.

## IV. Injuries
Emotional distress, trauma, disruption of parental rights, false imprisonment, and unlawful detainment.

## V. Relief
The plaintiff seeks $5 million from each of the ten defendants, totaling $50 million, plus punitive damages. Plaintiff also seeks a federal investigation, reinstatement of medical records, and court-ordered reforms.

## VI. Certification and Closing
I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to do so may result in the dismissal of my case.

Date of signing: May 2025    5/9/2025

Signature of Plaintiff: Samantha Chandler

*Samantha Chandler*

## APPENDIX: DEFENDANT CONTACT INFORMATION

1. Fast Pace Health

    Address: 19536 Alberta St, Oneida, TN 37841

    Phone: (423) 569-3278

    To be served in both individual and official capacity.

2. Dr. John P. Martin, MD

    Address: 189 Andrew St, Oneida, TN 37841

    Phone: (423) 569-3762

    To be served in both individual and official capacity.

3. Dr. Catherine S. Martin, DO

    Address: 189 Andrew St, Oneida, TN 37841

    Phone: (423) 569-3762

    To be served in both individual and official capacity.

4. Big South Fork Medical Center

    Address: 18797 Alberta St, Oneida, TN 37841

    Phone: (423) 569-8521

    To be served in both individual and official capacity.

5. Department of Children's Services (DCS)

    Address: 104 Fire Hall Dr, Huntsville, TN 37756

    Phone: (423) 663-4119

    To be served in both individual and official capacity.

6. Oneida Police Department

    Address: 19922 Alberta St, Oneida, TN 37841

Phone: (423) 569-4255

To be served in both individual and official capacity.

7. Scott County Justice Center & Sheriff's Department

Address: 575 Scott High Dr, Huntsville, TN 37756

Phone: (423) 663-2245

To be served in both individual and official capacity.

8. LaFollette Medical Center – Emergency Room

Address: 923 E Central Ave, LaFollette, TN 37766

Phone: (423) 907-1200

To be served in both individual and official capacity.

9. Walgreens – Oneida, TN

Address: 19600 Alberta St, Oneida, TN 37841

Phone: (423) 286-2270

To be served in both individual and official capacity.

10. BlueCare

Address: 1 Cameron Hill Circle, Chattanooga, TN 37402

Phone: 1-800-468-9698

To be served in both individual and official capacity.