UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SAMANTHA CHANDLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:25-CV-214-KAC-DCP |
| | ) | |
| FAST PACE HEALTH, et al.; | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **JUDGMENT**

In the "Order Dismissing Action," the Court **DISMISSED** this action without prejudice.

The Court **DIRECTS** the Clerk to close this case.

SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
  *s/ LeAnna R. Wilson*
  CLERK OF COURT